UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Unverferth Mfg. Co. Inc.,

    Plaintiff,

v.

CrustBuster/Speed King Inc.,

    Defendant.

Case No. 2:11–cv–184

Judge Michael H. Watson

## ORDER

On June 26, 2012, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a), dismissing this case with prejudice. The parties requested the Court retain jurisdiction over this action for the purpose of enforcing the settlement agreement. Stip. Dismissal, ECF No. 67. The Court will retain jurisdiction over the matter for purposes of enforcing the settlement agreement, and the Clerk shall terminate the case pursuant to the parties' stipulation of dismissal.

IT IS SO ORDERED.

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT